RECEIVED

FEB - 2 2009

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **CURTIS DARGIN** | **CIVIL ACTION NO. 08-0424** |
| VS. | SECTION P |
| **TIM WILKINSON, WARDEN** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant petition for federal writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** in accordance with the provisions of Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _2_ day of _February_, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE